<u>EXHIBIT A</u>

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| EDGARDO COLON RODRIGUEZ,<br><br>              Plaintiff,<br><br>-against-<br><br>VEGETABLE JUICES, INC.,<br><br>              Defendant. | Case No. 1:16-CV-05534<br>Judge Andrea R. Wood<br>Magistrate Judge Maria Valdez |

**<u>STIPULATION AND ORDER OF DISMISSAL</u>**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Edgardo Colon Rodriguez ("Plaintiff") and Defendant Vegetable Juices, Inc. ("VJI"), through their respective undersigned attorneys of record, that:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action and all claims asserted therein by Plaintiff against VJI and Naturex Inc. ("Naturex"), which claims were previously dismissed against Naturex without prejudice, be and hereby are dismissed with prejudice and without costs to either party.

Plaintiff, VJI and Naturex shall each bear his or its own respective costs, disbursements, attorneys' fees, and experts' fees in this action.

Dated: March 24, 2017

2358758 v3

| | |
|---|---|
| BARLOW, KOBATA & DENIS LLP | PRYOR CASHMAN LLP |
| By: *[signature]* <br> Marty Denis, Esq. <br> Bethany Hilbert, Esq. <br> Attorneys for Plaintiff <br> 525 West Monroe Street <br> Suite 2360 <br> Chicago, Illinois 60661 <br> Tel: (312) 648-5570 <br> mdenis@bkd-law.com <br> bhilbert@bkd-law.com | By: *[signature]* <br> Alice B. Stock, Esq. <br> Attorneys for Defendant <br> Vegetable Juices, Inc. <br> 7 Times Square <br> New York, New York 10036 <br> Tel (212) 421-4100 <br> Fax (212) 798-6944 <br> astock@pryorcashman.com |

SO ORDERED: _____, 2017.