## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Edgardo Colon Rodriguez

                    Plaintiff,

v.                                              Case No.: 1:16−cv−05534
                                                Honorable Andrea R. Wood

Vegetable Juices, Inc., et al.

                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, April 28, 2017:

      MINUTE entry before the Honorable Andrea R. Wood: The parties having filed a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [23], all claims against Defendant NATUREX, Inc. and Vegetable Juices, Inc. are hereby dismissed with prejudice with each party to bear its own attorneys' fees and costs. All pending hearing dates and motions are stricken. Civil case terminated. Mailed notice(ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.